UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVERSE THERAPY SERVICES, PLLC,<br><br>Plaintiff,<br><br>v.<br><br>SADLER-BRIDGES WELLNESS GROUP, PLLC, JAMES BOULDING-BRIDGES, HALEY CAMPBELL,<br><br>Defendants. | CASE NO. 2:23-cv-1239 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF |

Plaintiff and Defendants, through counsel, have filed a stipulated motion to continue the current discovery motion cutoff date. Having reviewed the stipulated motion, the docket and considered all other relevant material, the Court GRANTS the Motion.

It is hereby ORDERED that the discovery motion cutoff date is extended to January 30, 2024.

//

//

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated November 28, 2023.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge