UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVERSE THERAPY SERVICES, PLLC,

                        Plaintiff,

        v.

SADLER-BRIDGES WELLNESS GROUP, PLLC, JAMES BOULDING-BRIDGES, HALEY CAMPBELL,

                        Defendant.

CASE NO. 2:23-1239 MJP

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO SURREPLY

This matter comes before the Court on Plaintiff's Motion for Leave to File a Response to Surreply. (Dkt. No. 80.) Having reviewed the Motion, the Surreply (Dkt. No. 81), and all relevant material, the Court DENIES the Motion.

Plaintiff moves to file a response to Defendant's Surreply under Local Rule 7(g)(4), which allows a party to file a response to a Surreply only if it is requested by the Court. After reviewing the Surreply, the Court does not require a response. For this reason, Plaintiff's Motion is DENIED.

1       The clerk is ordered to provide copies of this order to all counsel.

2       Dated March 20, 2024.

3                                                   _____

4                                                   Marsha J. Pechman
                                                    United States Senior District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO SURREPLY - 2