UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVERSE THERAPY SERVICES, PLLC,<br><br>Plaintiff,<br><br>v.<br><br>SADLER-BRIDGES WELLNESS GROUP, PLLC, JAMES BOULDING-BRIDGES, HALEY CAMPBELL,<br><br>Defendants. | CASE NO. C23-1239 MJP<br><br>ORDER DENYING STIPULATED MOTION TO MODIFY THE CASE MANAGEMENT ORDER |

This matter comes before the Court on the parties' Stipulated Motion to Modify the Case Management Order. (Dkt. No. 89.) The Court issued a scheduling order for this case on October 12, 2023. (Dkt. No. 14.) The scheduling order required all dispositive motions due by February 5, 2024. Trial is currently set for June 3, 2024. Despite being aware of these deadlines, the parties now request the Court postpone the trial and all pretrial deadlines so they may file cross motions for summary judgment on Plaintiff's remaining cause of action. (Mot. at 1-2.)

A scheduling order may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4). Based on the current record before the Court, the parties have failed to state good cause. Plaintiff does not explain why it failed to include all of its claims when it moved for summary judgment and the Court struck Defendants' motion for summary judgment because Defendant filed it after the dispositive motion deadline. The parties' lack of timeliness and foresight are not good cause to terminate the trial date and corresponding deadlines. The Court DENIES the parties' stipulated motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 6, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge