UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVERSE THERAPY SERVICES, PLLC, <br><br> Plaintiff, <br><br> v. <br><br> SADLER-BRIDGES WELLNESS GROUP, PLLC, JAMES BOULDING-BRIDGES, HALEY CAMPBELL, <br><br> Defendants. | CASE NO. C23-1239 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiff's Motion for Reconsideration. (Dkt. No. 95.) The Court invites Defendants to file a response of no more than 6 pages or 2,100 words. To be considered by the Court, any response must be filed by no later than May 17, 2024.

\\

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed May 15, 2024.

                                      Ravi Subramanian
                                      Clerk of Court

                                      s/Kathleen Albert
                                      Deputy Clerk

MINUTE ORDER - 2