UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVERSE THERAPY SERVICES PLLC, | CASE NO. C23-1239-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| SADLER-BRIDGES WELLNESS GROUP PLLC, et al., | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

On August 11, 2025, the Ninth Circuit Court of Appeals issued a formal mandate effectuating its July 18, 2025 order in which the Ninth Circuit reversed this Court's order denying Plaintiff's motion for partial summary judgment and *sua sponte* granting summary judgment in favor of Defendants, but affirmed the Court's discovery sanction order. *See* Dkt. Nos. 86, 91, 108, 109.

Now that this case has been remanded for further proceedings here, the Court must set a case schedule. In order to set a trial date and remaining pretrial deadlines, the Court directs the parties to submit a Joint Status Report no later than September 30, 2025, setting forth the following information:

1. The date the case will be ready for trial;

MINUTE ORDER - 1

2. The anticipated length of trial;

3. The dates on which trial counsel may have conflicts to be considered in setting a trial date; and

4. Any other issues that must be resolved before setting a case schedule. If the parties believe a scheduling conference would be helpful, please indicate topics to address at such a conference.

To the extent the parties cannot agree, the parties shall explain the bases for their disagreements in the joint statement. No separate reports shall be filed.

Dated this 15th day of September, 2025.

Ravi Subramanian<br>
Clerk<br><br>
/s/ Diyana Staples<br>
Deputy Clerk

MINUTE ORDER - 2